IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ALEXANDER B. HILL,

   Defendant.

CRIMINAL CASE NO.

1:13-cr-75-JEC-ECS

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [29] recommending accepting defendant's plea of guilty tendered on May 30, 2014. No objections to the Report and Recommendation [29] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [29] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 15th day of July, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)